WATERMAN ET AL., APPELLANTS AND CROSS-APPELLEES, *v.* CHRISTY ET AL., APPELLEES AND CROSS-APPELLANTS.

[Cite as Waterman *v.* Christy (1991), 57 Ohio St. 3d 618.]

(No. 90-520—Submitted January 16, 1991—Decided February 27, 1991.)

*Lucas, Prendergast, Albright, Gibson & Newman* and *Rankin M. Gibson,* for appellants and cross-appellees.

*Fry & Waller Co., L.P.A., Barry A. Waller* and *Bryan L. Jeffries,* for appellees and cross-appellants Carolyn Christy, individually and as executrix, and Bruce L. Christy Co., L.P.A.

*Mark M. Kitrick Co., L.P.A.,* and *Mark M. Kitrick,* for appellee and cross-appellant Mark M. Kitrick and Mark M. Kitrick Co., L.P.A.

*Irwin & Flickinger* and *Michael T. Irwin,* for appellee and cross-appellant Russell N. Flickinger, Jr., and Irwin & Flickinger.

*Grieser, Schafer, Blumensteil & Slane Co., L.P.A.,* and *C. Richard Grieser,* for appellee and cross-appellant Grieser, Schafer, Blumensteil & Slane Co., L.P.A.

The appeal and cross-appeals are dismissed, *sua sponte,* as having been improvidently allowed.

SWEENEY, HOLMES, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., and WRIGHT, J., would affirm the appeal and reverse the cross-appeal.